# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00411-CR

**Manuel Ruiz Constancio, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-11-0535-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Manuel Ruiz Constancio pleaded guilty in 2011 to robbery and was placed on deferred adjudication community service for ten years. In 2013, the State moved to revoke his probation and to adjudicate his guilt of robbery. In 2014, the court held a hearing and found true the State's allegations that appellant violated the terms of his probation by engaging in indecency with a child by contact,[1] failing to complete ten hours per month of community-service work, failing to report to his probation officer once, and failing to timely complete a class concerning theft by check. The trial court found appellant guilty of robbery and assessed sentence at ten years in prison. He appealed.

---

[1] This Court has affirmed a conviction for indecency with a child by sexual contact. *See Constancio v. State*, No. 03-14-00221-CR (Tex. App.—Austin Aug. 28, 2015, no pet.).

Appellant's court-appointed attorney has filed a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

We granted appellant's motion for extension of time to file a pro se brief, permitting him to file a brief by November 19, 2015. He has not filed a brief.

We have reviewed the record and the *Anders* brief and agree that the appeal is frivolous and without merit. We affirm the judgment of conviction and grant counsel's motion to withdraw as appellant's attorney.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Affirmed

Filed:   January 13, 2016

Do Not Publish

2